# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 30, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

151018-9

PANTALL GALLUP, LLC, d/b/a VAN BUREN
OIL, VAN BUREN OIL, LLC, and BARRICK
ENTERPRISES, INC.,
      Plaintiffs-Appellants,

v

MOHAMAD ALNOURI, EXPRESS GAS CO.,
and EXPRESS OIL CO.,
      Defendants-Appellees.

_____/

SC: 151018
COA: 314852
Wayne CC: 09-022876-CK

EXPRESS OIL CO.,
      Plaintiff/Counter-Defendant-
      Appellee,

v

PANTALL GALLUP, LLC, d/b/a VAN BUREN
OIL, and BARRICK ENTERPRISES, INC.,
      Defendants/Counter-Plaintiffs-
      Appellants.

SC: 151019
COA: 314855
Wayne CC: 08-122427-CK

_____/

On order of the Court, the application for leave to appeal the November 6, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 30, 2015



Clerk

a0930